# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **LATASHA SHERMAN** | **CASE NO. 5:22-CV-01481** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **TERRI ANDERSON-SCOTT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the motion to remand [doc. #17] be GRANTED and Plaintiff's claims be remanded to the First Judicial District Court, Parish of Caddo, State of Louisiana.

THUS DONE in Chambers on this _15th_ day of _September_, 2022.

_____
Elizabeth E. Foote
United States District Judge